ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  JOSEPH S. SMITH, JR.
   Assistant U.S. Attorney
3  California State Bar No.200108
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5669

6  Attorney for Plaintiff
   United States of America



FILED
08 JUL 25 AM 11:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:  ___  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAUL RODRIGUEZ-OROZCO (1),<br>JUAN RAMON PEREZ-MASCURRO (2),<br>ALEXANDER FLORENCIO<br>    MAYORQUIN (3),<br><br>    Defendants. | Case No. 08mj2117-CAB<br><br>PROTECTIVE ORDER |

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pretrial discovery, and to prevent premature and unwarranted disclosure of evidence to potential targets, subjects, and witnesses, and unrelated third parties,

IT IS HEREBY ORDERED that the defendants, their counsel of record, and the counsel's assistants, as hereafter defined, shall not disclose the substance of any discovery material received from the Government in the above-captioned matter, including all wiretap documents, to any third party, unless such material is already a matter of public record, without prior approval of this Court;

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure,

IT IS FURTHER ORDERED that the United States Attorney and the Assistant United States Attorney assigned to this case (hereafter collectively referred to as "the Government") and their assistants, the defendants, their counsel and their assistants, shall not disclose the substance of any

JSS:klb:Orders:Never-Ending Story:Protective Order_Rodriguez-Orozco
July 22, 2008

1  discovery material produced to the defendants or obtained by the Government from the defendants,
2  unless such material is already a matter of public record, to representatives of the media or other third
3  parties not involved in any way in the investigation or prosecution of the case;

4  Except that nothing contained herein shall prevent the Government, or any defendant or their
5  counsel, from disclosing such discovery material to any other attorneys working for the Government,
6  the defendants or their counsel, government agents (federal, state or local), private investigators, experts,
7  secretaries, law clerks, paralegals, or any other person who is working for the Government or the
8  defendants and their counsel (collectively referred to as "assistants") in the investigation or preparation
9  of this case or, with respect to the Government and its assistants only, in other criminal investigations,
10 without prior court order;

11  Further, nothing contained herein shall preclude the Government, defendants or their counsel,
12 or their respective assistants from conducting an investigation of the facts of this case on behalf of the
13 Government or said defendants, or with respect to the Government and its assistants only, from
14 conducting an investigation of other criminal activity, including interviewing witnesses disclosed by said
15 discovery materials, or from taking statements from witnesses disclosed by said discovery materials, or
16 from asking said witnesses if they themselves have made prior statements to the Government that are
17 disclosed in the discovery materials, and about the contents of such statements.  In connection with any
18 such investigation, it shall not be necessary that the Government, the defendants or their counsel, or their
19 respective assistants, obtain prior permission of this Court.

20  Should counsel withdraw or be disqualified from participation in this case, any material received
21 and any copies derived therefrom, shall be returned to the Government within ten (10) days.
22 ///
23 ///
24 ///
25 //
26
27
28

1  Defense counsel and the Government shall be required to communicate the substance of this
2  order and explain it to their clients and assistants before disclosing the substance of the discovery to their
3  clients or assistants.
4  SO ORDERED.

6  DATED: 7/22/08

8  _____
   HONORABLE CATHY ANN BENCIVENGO
9  United States Magistrate Judge

12  I consent to the entry of the attached protective order in the case of <u>United States v. Raul Rodriguez-Orozco</u>, Case No. 08mj2117-CAB.

16  DATED: 7/23/2008

   _____
   JOSEPH S. SMITH, JR.
   Assistant United States Attorney

18  DATED: _____

   _____
19  JOHN FRANCIS KELLY
   Attorney for defendant
        Raul Rodriguez-Orozco

21  DATED: _____

   _____
   JEREMY C. DZUBAY
22  Attorney for defendant
        Juan Ramon Perez-Mascurro

24  DATED: _____

   _____
25  JEREMY D. WARREN
   Attorney for defendant
26      Alexander Florencio Mayorquin

1  Defense counsel and the Government shall be required to communicate the substance of this
2  order and explain it to their clients and assistants before disclosing the substance of the discovery to their
3  clients or assistants.
4      SO ORDERED.
5
6  DATED: 7/22/08
7
8
9      HONORABLE CATHY ANN BENCIVENGO
    United States Magistrate Judge
10
11
12  I consent to the entry of the attached protective order in the case of United States v. Raul Rodriguez-Orozco, Case No. 08mj2117-CAB.
13
14
15
16  DATED: _____
17      JOSEPH S. SMITH, JR.
    Assistant United States Attorney
18  DATED: 7/23/08
19      JOHN FRANCIS KELLY
    Attorney for defendant
20          Raul Rodriguez-Orozco
21  DATED: _____
22      JEREMY C. DZUBAY
23      Attorney for defendant
        Juan Ramon Perez-Mascurro
24
25  DATED: _____
26      JEREMY D. WARREN
    Attorney for defendant
27          Alexander Florencio Mayorquin
28

3

08mj2117-CAB

1  Defense counsel and the Government shall be required to communicate the substance of this
2  order and explain it to their clients and assistants before disclosing the substance of the discovery to their
3  clients or assistants.
4  SO ORDERED.

6  DATED: 7/22/08

9  HONORABLE CATHY ANN BENCIVENGO
   United States Magistrate Judge

12  I consent to the entry of the attached protective order in the case of <u>United States v. Raul Rodriguez-Orozco</u>, Case No. 08mj2117-CAB.

16  DATED: _____

    JOSEPH S. SMITH, JR.
    Assistant United States Attorney

18  DATED: _____

    JOHN FRANCIS KELLY
    Attorney for defendant
    Raul Rodriguez-Orozco

21  DATED: 7-23-2008

    JEREMY C. DZUBAY
    Attorney for defendant
    Juan Ramon Perea-Mascurro

25  DATED: _____

    JEREMY D. WARREN
    Attorney for defendant
    Alexander Florencio Mayorquin

| | |
|---|---|
| 1 | Defense counsel and the Government shall be required to communicate the substance of this order and explain it to their clients and assistants before disclosing the substance of the discovery to their clients or assistants. |

SO ORDERED.

DATED: 7/22/08

HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge

I consent to the entry of the attached protective order in the case of United States v. Raul Rodriguez-Orozco, Case No. 08mj2117-CAB.

DATED: _____

JOSEPH S. SMITH, JR.
Assistant United States Attorney

DATED: _____

JOHN FRANCIS KELLY
Attorney for defendant
    Raul Rodriguez-Orozco

DATED: _____

JEREMY C. DZUBAY
Attorney for defendant
    Juan Ramon Perez-Mascurro

DATED: 7/23/08

JEREMY D. WARREN
Attorney for defendant
    Alexander Florencio Mayorquin

3

08mj2117-CAB